# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN F. KALEY
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JAMES I. WASSERMAN
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

October 2, 2019

**By ECF Filing**
Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

              Re:   *United States v. Conde, et al.*
                      Docket No. 19 Cr. 432 (JES)

Dear Judge Seybert:

      I understand that I am being appointed to represent Lawrence Isen in the above-referenced matter.

      I understand that an arraignment of Mr. Isen is scheduled for October 29, 2019 at 1:30. Inasmuch as Mr. Isen resides in San Diego, I write to request that Mr. Isen's appearance be excused and that he be permitted to appear telephonically (as was done recently in 17 Cr, 372, a related matter). Counsel will be present in Court for the arraignment and any conference to follow on that date.

      Additionally, Your Honor's Deputy, Charles Baran, asked me to write to the Court indicating that my client is willing to waive his right to a speedy trial until October 29th. I have discussed this with my client, and I can confirm that he is willing to waive his right to a speedy trial until October 29, 2019.

      Thank you for your consideration of this request.

                                                   Respectfully submitted,

                                                   John F. Kaley

cc:     All Counsel (By ECF)